# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL ACTION NO. 5:01-00004-04

**NATHAN L. SMITH**

### MEMORANDUM OPINION AND ORDER

On May 6, 2019, counsel for defendant filed a memorandum addressing defendant's eligibility for a reduced sentence under the First Step Act. (ECF No. 824).* Counsel for defendant argues that defendant is eligible for a reduction. The United States is hereby **ORDERED** to file a response to defendant's memorandum no later than May 16, 2019.

The court **DIRECTS** the Clerk to send a copy of this Order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the United States Marshal.

**IT IS SO ORDERED** this 8th of May, 2019.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge

---

*Defendant had earlier filed a pro se motion to reduce his term of imprisonment pursuant to the First Step Act. (ECF No. 819).